NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1411

MAKITA CORPORATION,
MAKITA U.S.A., INC., and MAKITA CORPORATION OF AMERICA,

Plaintiffs-Appellants,

v.

MILWAUKEE ELECTRIC TOOL CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 09-CV-133, Judge David O. Carter.

ON MOTION

## O R D E R

Upon Milwaukee Electric Tool Corporation's unopposed motion for an extension of time, until November 30, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   James A. Oliff, Esq.
      J. Donald Best, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 8 2009

JAN HORBALY
CLERK